**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

DANIEL J. SARACINA,

                        Plaintiff,

   - v -                                     Civ. No. 9:17-CV-0864
                                                           (BKS/DJS)

DALE G. DUBREY, *et al.*,

                        Defendants.

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

As part of the Court's previous directive (*see* Text Minute Entry dated September 10, 2020), Counsel for the Defendants were instructed to submit to chambers certain personnel files for Defendants. The personnel files of those Defendants were recently received. The *in camera* review of those bates-stamped personnel files has now been completed. The personnel files of Defendants Flint (OAG 1-181); Monica (OAG 182-257); Taylor (OAG 258-405); and Youngs (OAG 406-524) have been reviewed and did not reveal any relevant information. As to Defendant Dubrey's personnel file, however, the following proportionally relevant information shall be disclosed: DUB 39-40, 44, 48-59, and 128-145. In addition, three pages from the OSI file STATE DEF 427-429 shall also be produced.

The Court directs that Defendant Flint, Monica, Taylor, and Youngs' Counsel immediately retrieve from the Court's Courtroom Deputy, Maria Blunt, the above referenced personnel files; that Defendant Dubrey's Counsel provide the identified relevant information to the Plaintiff's counsel; and that all counsel maintain a complete copy of the personnel files

submitted to the Court for the *in camera* review in their office during the pendency of this matter.

**IT IS SO ORDERED**.

DATED: October 21, 2020
	Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge